**FILED**

07/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0144

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

Case No. DA 24-0144

_____

DANIEL P. KNUDSEN, ROSE E.
AYERS, ERIC DENNISON, LANCE
FRENCH, ERIK FARNHAM and KAILA JACOBSON
as Class Representatives,

      *Plaintiffs and Appellants*,

        v.

THE UNIVERSITY OF MONTANA, a unit of the
Montana University System,

      *Defendant and Appellee*

_____

**ORDER GRANTING EXTENSION OF TIME TO FILE TRANSCRIPT**
_____

On Appeal from Montana Fourth Judicial District Court
Missoula County, Cause No. DV-16-977
Honorable Shane A. Vanatta

*Attorneys for Plaintiffs and Appellants*

Nicole L. Siefert
SIEFERT & WAGNER, PLLC
1135 Strand Ave., Suite A
Missoula, MT 59801
Telephone:  406-226-2552
Facsimile:   406-226-2553
nicole@swl.legal
mail@swl.legal

John L. Amsden, Esq.
Justin Stalpes, Esq.
Conner Bottomly, Esq.

*Attorneys for Defendant and Appellee*

Lucy T. France
Office of Legal Counsel
University of Montana
133 University Hall
Missoula, MT 59812-3528
Telephone:  406-243-6786
Lucy.France@umontana.edu

Maxon R. Davis
Davis, Hatley, Haffeman & Tighe,
P.C. P.O. Box 2103
Great Falls, MT 59403-2103

ORDER GRANTING EXTENSION TO FILE TRANSCRIPT      1

Sydney Best, Esq.
BECK AMSDEN & STALPES, PLLC
610 Professional Drive
Bozeman, MT 59715
Tel: (406) 586-8700
Fax: (406) 586-8960
amsden@becklawyers.com
justin@becklawyers.com
conner@baslawyers.com
sydney@baslawyers.com
info@becklawyers.com

Telephone: 406-761-5243
max.davis@dhhtlaw.com

This matter comes before the Court upon the *Motion for Extension of Time to Transmit the Record* submitted by attorneys for Appellants.

## ORDER

For good cause shown, IT IS HEREBY ORDERED that Court Reporter Julie Pesanti DeLong is granted additional time to prepare and file the trial transcript with the Montana Supreme Court for the subject appeal; the new due date is August 30, 2024.

Dated and signed electronically below.

ORDER GRANTING EXTENSION TO FILE TRANSCRIPT

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 9 2024